**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| -against- | : | **S1 11 Cr. 300 (JSR)** |
| | : | **ECF Case** |
| **CARL KRUGER,** | : | |
| **RICHARD LIPSKY,** | : | **NOTICE OF APPEARANCE** |
| **AARON MALINSKY,** | : | |
| **MICHAEL TURANO,** | : | |
| **SOLOMON KALISH,** | : | |
| **DAVID ROSEN,** | : | |
| **ROBERT AQUINO, and** | : | |
| **WILLIAM BOYLAND, JR.,** | : | |
| | : | |
| **Defendants.** | : | |

---

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel of record for defendant Aaron

Malinsky.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
　　　　April 8, 2011

　　　　　　　　　　　　　　　　　　　　　　　　Andrew M. Lawler
　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW M. LAWLER, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　　641 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY  10022
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 832-3160
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 832-3158
　　　　　　　　　　　　　　　　　　　　　　　　E-mail:　　alawler@amlpc.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Aaron Malinsky*

1