UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA          :

        - v. -                          :

CARL KRUGER,                      :
RICHARD LIPSKY,
AARON MALINSKY,                   :
MICHAEL TURANO,
SOLOMON KALISH,                   :
DAVID ROSEN,
ROBERT AQUINO, and                :
WILLIAM BOYLAND, JR.,

                 Defendants.
- - - - - - - - - - - - - - - -

PROTECTIVE ORDER
ON CONSENT

S1 11 Cr. 300 (JSR)

On the motion of the United States of America, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorneys Glen McGorty, William Harrington and Michael Bosworth; and with the consent of the defendant, CARL KRUGER, by and through his counsel, Benjamin Brafman, Esq.; the defendant, RICHARD LIPSKY, by and through his counsel, Gerald Lefcourt, Esq.; the defendant, AARON MALINSKY, by and through his counsel, Andrew Lawler, Esq.; the defendant, MICHAEL TURANO, by and through his counsel, Robert Katzburg, Esq.; the defendant, SOLOMON KALISH, by and through his counsel, Adrian DiLuzio, Esq.; the defendant, DAVID ROSEN, by and through his counsel, Robert Morvillo, Esq.; the defendant, ROBERT AQUINO, by and through his counsel, Peter Pope, Esq.; and the defendant, WILLIAM BOYLAND, JR., by and through his counsel, Edward Wilford, Esq.; and for good cause shown,

IT IS HEREBY ORDERED THAT:

    1. Documents provided by the Government to the defendants in this action pursuant to Federal Rule of Criminal

Procedure Rule 16; Title 18, United States Code, Section 3500; *Brady* v. *Maryland*; or *United States* v. *Giglio*, and that are not otherwise publicly available, are deemed "Restricted Information" and will be designated as such upon production by the Government.

2.   Restricted Information disclosed to the defendants or to their counsel during the course of proceedings in this action:

(a)   Shall be used by the defendants or their counsel only for purposes of this action;

(b)   Shall not be disclosed in any form by the defendants or their counsel except as set forth in paragraph 2(c) below;

(c)   May be disclosed by the defendants or their counsel only to the following persons (hereinafter "designated persons"):

(i)   investigative, secretarial, clerical, paralegal and student personnel employed full-time or part-time by the defendants' counsel;

(ii)   independent expert witnesses, investigators or advisors retained by the defendants or their counsel, or consulted by the defendants in the presence of their counsel, in connection with this action, although Restricted Information may not remain in the custody of independent expert witnesses, investigators or advisors consulted, but not retained, by the defendants or their counsel;

(iii)   prospective witnesses, to the extent deemed necessary by defense counsel for trial

- 2 -

preparation, although Restricted Information may not be given to or remain in the custody of prospective witnesses; and

(iv)    such other persons as hereafter may be authorized by the Court upon such motion by the defendants; and

(d) Shall be returned to the Government following the conclusion of this case and any all copies made of said material shall be shredded and destroyed.

3.    The defendants and their counsel shall provide a copy of this Order to designated persons to whom they disclose Restricted Information pursuant to paragraphs 2(c)(i)(ii)(iii) and (iv). Designated persons shall be subject to the terms of this Order. However, all persons are hereby placed on notice that the Court is unlikely to seal or otherwise afford confidential treatment to any material introduced in evidence at trial, even if such material has previously been sealed or designated as Restricted Information.  The Court also retains discretion whether to afford confidential treatment to any Restricted Information submitted to the Court in connection with any motion, application, or proceeding that may result in an order and/or decision by the Court, notwithstanding any other terms of

- 3 -

this Order.

4.    The provisions of this Order, including paragraph 3 above, shall not be construed as limiting the use that the defendants and their counsel may make of any documents produced pursuant to this Order at trial.

Dated:    New York, New York
          April 14, 2011

SO ORDERED:

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

AGREED AND CONSENTED TO:

_____        __4 - 12 - 11__
Benjamin Brafman, Esq.                  Date
Attorney for CARL KRUGER

_____        __4/12/1___
Gerald Lefcourt, Esq.                   Date
Attorney for RICHARD LIPSKY

_____        __4/12/11__
Andrew Lawler, Esq.                     Date
Attorney for AARON MALINSKY

_____        __4/12/11__
Robert Katzberg, Esq.                   Date
Attorney for MICHAEL TURANO

- 4 -

_____    4/12/11
Adrian DiLuzio, Esq.                 Date
Attorney for SOLOMON KALISH

_____    4/12/11
Robert Morvillo, Esq.                Date
Attorney for DAVID ROSEN

_____    _____
Peter Pope, Esq.                     Date
Attorney for ROBERT AQUINO


_____    _____
Edward Wilford, Esq.                 Date
Attorney for WILLIAM BOYLAND, JR.