UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                :

UNITED STATES OF AMERICA          :

                     :

      -v.-             :      No. S1 11 Cr. 300 (JSR)

                     :

CARL KRUGER, RICHARD LIPSKY,  :
AARON MALINSKY, SOLOMON     :
KALISH, ROBERT AQUINO, DAVID  :
ROSEN, WILLIAM BOYLAND, JR., and :
MICHAEL TURANO,            :

                     :

          Defendants.    :

                     :

------------------------------------------------------x

## DEFENDANT AARON MALINSKY'S NOTICE OF MOTION FOR SEVERANCE

PLEASE TAKE NOTICE, that upon the accompanying declaration of Andrew M. Lawler and memorandum of law, Defendant Aaron Malinky, by and through his counsel, will move this Court, before the Honorable Jed S. Rakoff, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on May 12, 2011 at 4:00 p.m., pursuant to Rules 8(b) and 14 of the Federal Rules of Criminal Procedure, for severance of Counts One, Two, and Ten from the rest of the counts alleged in the Superseding Indictment filed on April 7, 2011, and for such other and further relief as this Court may deem proper. Pursuant to the Court's order of April 2, 2011, the Government's response is due by May 5, 2011, and reply papers are due by May 11, 2011.

Dated: New York, New York
April 28, 2011

HERRICK, FEINSTEIN LLP


By: /s/ Scott E. Mollen
     Scott E. Mollen
     Steven D. Feldman
     Justin B. Singer
     2 Park Avenue
     New York, New York 10016
     (212) 592-1400
     (212) 592-1500 (fax)


-and-

ANDREW M. LAWLER, P.C.


By: /s/ Andrew M. Lawler
     Andrew M. Lawler
     Sharon D. Feldman
     641 Lexington Avenue
     New York, New York 10022
     (212) 832-3160
     (212) 832-3158 (fax)

*Attorneys for Defendant Aaron Malinsky*