# EXHIBIT 1

# OLYMPIAN
## STRATEGIC DEVELOPMENT
**Marketing • Public Relations • Sales**

139 Bassett Avenue
Brooklyn, New York 11234-6734
Tel: (646) 302-5361
Fax:(718) 531-8540

## CONSULTANT AGREEMENT

Olympian Strategic Development (OSD) located at 139 Bassett Avenue, Brooklyn, New York 11234, hereafter referred to as the "Consultant," and P/A Associates LLC located at 86 Chambers Street, Suite 703, New York, NY 10007, hereafter referred to as the "Client," hereby agree to the following:

1.  The Consultant will provide the following services:
    a.  Develop and execute strategies to secure local retail, office, and distribution tenants for development projects in Brooklyn
    b.  Identify potential prospects and devise strategies to secure leases for the projects
    c.  Advise Client on ways to enhance marketing efforts and leasing terms to attract tenants.

2.  The term of this agreement shall commence on April 1, 2007 and shall run through June 30, 2008.  Should the parties wish to extend the term, they may agree in writing to do so, such writing shall set forth any change in the services hereinabove described and the duration, and fee for the period, of such extension.

3.  Compensation for the Consultant is as follows:
    a.  A monthly retainer of $5,000.00 commencing on April 1, 2007 with the first payment due upon execution of agreement
    b.  P/A Associates will increase the monthly retainer by $2,500.00 every five (5) months for the life of the agreement as follows:

    | | |
    |---|---|
    | April 2007 through August 2007 | $ 5,000.00 per month |
    | September 2007 through January 2008 | $ 7,500.00 per month |
    | February 2008 through June 2008 | $10,000.00 per month |

    c.  P/A Associates will pay OSD a bonus/commission to be negotiated upon the payment of the first month's rent for each tenancy in the project
    d.  Client further agrees to reimburse Consultant for all ordinary and reasonable expenses incurred by Consultant on behalf of Client in an amount not to exceed $500, unless additional expenses in excess of this amount are so authorized by Client.  Such expenses would include, but be limited to, approved travel and lodging, meals, bill monitoring, photocopying, long distance telephone calls, postage, overnight delivery services, and facsimile costs.

4.  The Consultant will not use or disclose to any competitor, or any third party, information or data that the Client or any of its affiliates, maintain as confidential ("Confidential Information") and to which Consultant is given access, without prior authorization from Client.

5.  This Agreement shall be governed by, and construed and enforced in accordance with, the laws of the State of New York applicable to contracts made and to be performed herein, without giving effect to the principles thereof relating to the conflicts of law.

6.  This retainer agreement may be cancelled by either party upon thirty (30) days written notice. In the event of notice of termination, both parties agree to work in good faith toward the purpose of the representation for the thirty (30) day period, if mutually agreeable.  Upon termination, Client shall be responsible for payment of all fees accrued to the date of termination.

_____
**OLYMPIAN STRATEGIC DEVELOPMENT**

_____
**P/A ASSOCIATES LLC**  *Manager*

HF_P_JH_00003817