## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May 2011, true and correct copies of the

REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT AARON

MALINSKY'S MOTION FOR SEVERANCE AND REPLY DECLARATION OF

ANDREW M. LAWLER IN SUPPORT OF AARON MALINSKY'S MOTION FOR

SEVERANCE were filed electronically with the Clerk of the Court using the CM/ECF

system. Notice of this filing will be sent by electronic mail to all parties by operation of

the Court's electronic filing system.

| | |
|---|---|
| **Glen G. McGorty**<br>**William J. Harrington**<br>**Michael S. Bosworth**<br>Assistant United States Attorneys<br>Southern District of New York<br>One Saint Andrew's Plaza<br>New York, NY 10007<br>(212) 637-2505/2331/1079 | **Benjamin Brafman, Esq.**<br>Counsel for Carl Kruger<br>Brafman & Associates, P.C.<br>767 Third Avenue, 26th Floor<br>New York, NY 10017<br>(212) 750-7800 |
| **Robert Katzberg, Esq.**<br>Counsel for Michael Turano<br>Kaplan & Katzberg<br>767 Third Avenue, 26th Floor<br>New York, NY 10017<br>(212) 750-3100 | **Gerald B. Lefcourt, Esq.**<br>Counsel for Richard Lipsky<br>148 East 78th Street<br>New York, NY 10075<br>(212) 737-0400 |
| **Robert Morvillo, Esq.**<br>Counsel for David Rosen<br>Morvillo Abramowitz Grand Iason Anello<br>& Bohrer, P.C.<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 880-9400 | **Adrian L. Diluzio, Esq.**<br>Counsel for Solomon Kalish<br>Law Firm of Adrian L. Diluzio<br>200 Old Country Road, Suite 590<br>Mineola, NY 11501<br>(516) 248-8930 |

| | |
|---|---|
| **Peter B. Pope, Esq.**<br>Andrew Weissmann, Esq.<br>Counsel for Robert Aquino<br>Jenner & Block LLP (NYC)<br>919 Third Avenue, 37th Floor<br>New York, NY 10022<br>(212) 891-1650/1605 | **Edward D. Wilford, Esq.**<br>Counsel for William Boyland, Jr.<br>Law Firm of Edward D. Wilford<br>20 Vesey Street<br>New York, NY 10007<br>(212) 528-2741 |

Sharon D. Feldman

2