UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------  x
UNITED STATES OF AMERICA                 :
                                         :
          -v-                            :
                                         :
CARL KRUGER, RICHARD LIPSKY,             :   Case No. S1 11 Cr. 300 (JSR)
AARON MALINSKY, SOLOMON                  :
KALISH, ROBERT AQUINO, DAVID             :
ROSEN, WILLIAM BOYLAND, JR., and         :
MICHAEL TURANO,                          :
                                         :
          Defendants.                    :
------------------------------------------------------  x

## DEFENDANT AARON MALINSKY'S NOTICE OF PRE-TRIAL MOTIONS

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law and Declaration of Andrew M. Lawler and exhibits thereto, and upon the Complaint, Superseding Indictment, and pleadings and proceedings heretofore and Superseding Indictment and all the paper heretofore filed herein, Defendant Aaron Malinsky, by and through his counsel, will move this Court, before the Honorable Jed S. Rakoff, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on October 12, 2011 at 4:00 p.m., for an Order (i) pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure, dismissing Count Ten of the Superseding Indictment for failure to allege facts constituting money laundering as a matter of law; (ii) pursuant to Rule 12(b)(3), dismissing Counts One and Two of the Superseding Indictment as duplicitous; (iii) pursuant to Rules 12(b)(3) and 7 of the Federal Rules of Criminal Procedure, and the First, Fifth, and Sixth Amendments to the United States Constitution, dismissing Counts One, Two, and Ten of the Superseding Indictment for the reasons set forth in the motion to dismiss filed by co-defendant Robert Aquino; (iii) in the alternative, as to any counts not dismissed, pursuant to Rules 8 and 14 of the Federal Rules of Criminal Procedure,

severing the charges against Mr. Malinsky from the completely unrelated charges involving the

health care industry, and (iv) granting such other and further relief as this Court may deem

proper.

Pursuant to the Court's order of May 12, 2011, the Government's response must be filed

by September 28, 2011, and reply papers are due by October 5, 2011.

Dated:  New York, New York
        September 7, 2011

HERRICK, FEINSTEIN LLP

By:    /s/ Steven D. Feldman
       Scott E. Mollen
       Steven D. Feldman
       Justin B. Singer
       2 Park Avenue
       New York, New York 10016
       (212) 592-1400
       (212) 592-1500 (fax)

-and-

ANDREW M. LAWLER, P.C.

By:    /s/ Andrew M. Lawler
       Andrew M. Lawler
       Sharon D. Feldman
       641 Lexington Avenue
       New York, New York 10022
       (212) 832-3160
       (212) 832-3158 (fax)

*Attorneys for Defendant Aaron Malinsky*