USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/11

UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
PROVISIONAL RELEASE OF AN OFFENDER

DEFERRED PROSECUTION

TO: Aaron Malinsky

United States District Court
Docket No.  S1 11 Cr. 300 (JSR)

On April 7, 2011, Indictment S1 11 Cr. 300 (JSR) was returned against you by a grand jury sitting in the Southern District of New York, in which you are accused of committing offenses against the United States, to wit, conspiracy to commit honest services fraud, in violation of Title 18, United States Code, Section 1349; conspiracy to commit bribery and to violate the Travel Act, in violation of Title 18, United States Code, Sections 371, 666(a)(1)(B) and (a)(2), and 1952(a)(3); and conspiracy to commit money laundering, in violation of Title, 18, United States Code, Section 1956(h).  However, after a thorough investigation, it has been determined that the interest of the United States and your own interest will best be served by deferring prosecution in this District. Specifically, the United States agrees to defer prosecuting you in connection with the charges against you in S1 11 Cr. 300 (JSR), as well as any charge that could be brought against you in connection with the statements you made to special agents with the Federal Bureau of Investigation on or about March 7, 2011.  Prosecution will be deferred during the term of your good behavior and satisfactory compliance with the terms of this agreement for the period of six months from the signing of this agreement.  The term and conditions constituting your good behavior and satisfactory compliance are as follows:

(1)     You shall refrain from violation of any law (federal, state and local).  You shall immediately contact your U.S. Pretrial Services Officer if arrested or questioned by a law-enforcement officer.

(2)     You shall associate only with law-abiding persons.

(3)     You shall notify your supervising U.S. Pretrial Services Officer prior to traveling outside the United States.

(4)     You shall notify your supervising U.S. Pretrial Services Officer immediately of any change in your place of residence.

(5)     You shall follow your supervising U.S. Pretrial Services Officer's instructions and advice.

(6)      You shall report to your supervising U.S. Pretrial Services Officer as directed.

As a further condition you hereby consent to permit disclosure to the supervising Pretrial Services Officer, consistent with Section 408 of Public Law 92-255 of New York State and regulations issued pursuant thereto, of such medical and treatment records as may be relevant to deferral of prosecution in this case.

Special conditions are as follows:

The United States Attorney may at any time revoke or modify any condition of this provisional release or change the period of such supervision. The United States Attorney may discharge you from supervision at any time. The United States Attorney may at any time proceed with the prosecution for this offense should such action be deemed advisable.

If upon completion of your supervision a written report from your supervising U.S. Pretrial Services Officer is received to the effect that you have complied with all the rules, regulations and conditions and special conditions, if any, above mentioned, the United States Attorney will promptly move to dismiss the charges against you in Indictment S1 11 Cr. 300 (JSR) with prejudice and will not institute any prosecution against you in this District in connection with the statements you made to special agents with the Federal Bureau of Investigation on or about March 7, 2011.

Dated: New York, New York
       November 22, 2011

PREET BHARARA
United States Attorney

By: _____
    Michael Bosworth/Glen McGorty/William Harrington
    Assistant United States Attorneys

2

The undersigned hereby consents to the foregoing and expressly waives any and all rights to a speedy trial pursuant to the Sixth Amendment to the United States Constitution, Title 18, United States Code, Section 3161(h)(2) and the Rules of the District Court of the Southern District of New York, or other pertinent provisions and consents to the adjournment of all pending proceedings in this case. The undersigned further waives the applicable statute of limitations with respect to any prosecution that is not time-barred on the date that this agreement is signed. It is the intent of this provision to toll the applicable statute of limitations during the pendency of the deferred prosecution.

Dated: New York, New York
       November 22, 2011

_____
Andrew M. Lawler, Esq.
Attorney for Defendant

_____
Aaron Malinsky
Defendant

      The foregoing waiver of the defendant's right to a speedy trial is approved pursuant to Rule 5(b) of the Second Circuit Plan for Achieving Prompt Disposition of Criminal Cases and the Rules of the District Court for the Southern District of New York.

Dated: New York, New York
       November 22, 2011

_____
Hon. Jed S. Rakoff
United States District Judge

      The undersigned hereby consents to the foregoing and will accept supervision of the above-named defendant on the conditions set forth herein.

Dated: New York, New York
       November 22, 2011

_____
United States Pretrial Services Officer

1093

3