USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

UNITED STATES OF AMERICA,

              -v.-                     :  Case No. S1 11 Cr. 300 (JSR)

AARON MALINSKY,

             Defendant.

-------------------------------------------------------- x

## STIPULATION

The Parties hereby stipulate and agree that the conditions of Mr. Malinsky's release are hereby modified to the extent set forth below:

1. U.S. Pretrial Services shall return to Mr. Malinsky his passport.

2. Mr. Malinsky shall be permitted to travel internationally upon advance notice to his U.S. Pretrial Services officer.

Dated: November 29, 2011

HERRICK, FEINSTEIN LLP

By: _____
    Scott E. Mollen
    Steven D. Feldman
    Justin B. Singer
    2 Park Avenue
    New York, New York 10016
    (212) 592-1400
    *Attorney for Aaron Malinsky*

PREET BHARARA
United States Attorney
Southern District of New York

By: _____
    Glen G. McGorty
    William Harrington
    Michael Bosworth
    Assistant United States Attorneys
    (212) 637-2505/2331/1079

SO ORDERED.

Dated: New York, New York

_____12/5/_____, 2011

_____
JED S. RAKOFF, U.S.D.J.

HF 7079159 v.1 #06278/0005 11/29/2011 04:41 PM