UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

    -v-                                              :    **NOLLE PROSEQUI**

AARON MALINSKY,                             :    **S1 11 Cr. 300 (JSR)**

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

1.      The filing of this *nolle prosequi* will dispose of this case with respect to the defendant, AARON MALINSKY.

2.      On April 7, 2011, the defendant was charged in Indictment S1 11 Cr. 300 (JSR) ("Indictment") with one count of conspiracy to commit honest services mail and wire fraud, in violation of Title 18, United States Code, Section 1349; one count of conspiracy to violate the Travel Act and Title 18, United States Code, Section 666, in violation of Title 18, United States Code, Section 371; and one count of money laundering conspiracy, in violation of Title 18, United States Code, Section 1956(h).

3.      On November 22, 2011, the Government and AARON MALINSKY entered into a deferred prosecution agreement that provided, *inter alia,* that the charges against MALINSKY would be dismissed after a period of six months or less if MALINSKY demonstrated good behavior and satisfactory compliance with pretrial supervision. On May 16, 2012, Joshua Rothman, of the Pretrial Services Office, confirmed MALINSKY's good behavior and satisfactory compliance with the terms and conditions of his deferred prosecution agreement.

4.      Accordingly, I recommend that an order of *nolle prosequi* be filed as to defendant AARON MALINSKY with respect to Indictment S1 11 Cr. 300 (JSR).

Michael Bosworth
Assistant United States Attorney
(212) 637-1079

Dated: New York, New York
       May 16, 2012

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant AARON MALINSKY with respect to Indictment S1 11 Cr. 300 (JSR).

PREET BHARARA
United States Attorney
Southern District of New York

Dated: New York, New York
      May 16, 2012

SO ORDERED:

HON. JED S. RAKOFF
United States District Judge
Southern District of New York

Dated: New York, New York
      5/17/ 2012