UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

        v.

DAVID ROSEN et al.,

          Defendants.



Case No.: 1:11-cr-00300-JSR

## [PROPOSED] ORDER APPROVING WITHDRAWAL OF COUNSEL

The motion to withdraw the appearance of William J. Harrington as counsel of record for Plaintiff United States of America, pursuant to Local Civil Rule 1.4 of the Local Rules of this Court, is hereby **GRANTED**.

SO ORDERED

Dated: _____ 12/5 , 2012

Hon. Jed S. Rakoff

United States District Judge