UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

       Plaintiff,

   v.

DAVID ROSEN et al.,

       Defendants.

Case No.: 1:11-cr-00300-JSR

## [PROPOSED] ORDER APPROVING WITHDRAWAL OF COUNSEL

The motion to withdraw the appearance of William J. Harrington as counsel of record for

Plaintiff United States of America, pursuant to Local Civil Rule 1.4 of the Local Rules of this

Court, is hereby **GRANTED**.

SO ORDERED

Dated: _____ **12/24**, 2012

_____
Hon. Jed S. Rakoff
United States District Judge

LIBW/1848762.1